```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,          :      19 CR 819 (VM)
                                   :
        -against-                  :
                                   :           ORDER
FRANCISCO TORRES-RENDON, et al.,   :
                                   :
              Defendants.          :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

By letter dated April 30, 2020, the Government and counsel for defendant Francisco Torres-Rendon jointly requested a telephone conference to seek the appointment of substitute counsel. (See Dkt. No. 13.) The defendant has consented to appearing by telephone for this purpose. (See id.). Accordingly, the requested telephone conference is hereby scheduled for May 11, 2020 at 10:30 a.m. The parties are directed to use the dial-in number 1-888-363-4749 and access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         7 May 2020

_____
Victor Marrero
U.S.D.J.