```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,          :      19 CR 819 (VM)
                                   :
       -against-                   :
                                   :          ORDER
FRANCISCO TORRES-RENDON, et al.,   :
                                   :
               Defendants.         :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

By letter dated June 12, 2020, the Government opposes defendant Jose Santos's motion for reconsideration of the magistrate judge's denial of bail. (See Dkt. No. 24.) Jose Santos is hereby directed to respond to the Government's letter within four days of the entry of this Order.

**SO ORDERED:**

Dated:   New York, New York
         15 June 2020

                                    _____
                                           Victor Marrero
                                              U.S.D.J.