```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,          :    19 CR 819 (VM)
                                   :
       -against-                   :
                                   :           ORDER
FRANCISCO TORRES-RENDON, et al.,   :
                                   :
             Defendants.           :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the status conference in this matter currently scheduled for Wednesday, July 22, 2020 is rescheduled from 9:00 a.m. to 12:00 p.m. With consent of the defendants, the status conference shall occur by means of teleconference. The parties are directed to use the dial-in number 1-888-363-4749 and access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         21 July 2020

_____
Victor Marrero
U.S.D.J.