USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :    **19 CR 819(VM)**
          -against-               :    **ORDER**
                                  :
FRANCISCO TORRES-RENDON et al.,   :
                                  :
                Defendants.       :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

By letter dated August 18, 2020 (see Dkt. 36), the Government, with consent of counsel for defendant Jose Santos, requested that a trial in the above-captioned matter be scheduled in 2020. Counsel for defendant Francisco Torres-Rendon objected.

Due to the ongoing COVID-19 pandemic, and in light of the Court's schedule over the coming months, the Court indicated to the parties that a jury trial could not reasonably proceed before this Court until February 2021.

By letter dated September 8, 2020 (see Dkt. 37), the Government indicated it did not object to the request by both defense counsel for a trial date in February 2021 before this Court. The Government further requested, with consent of both defense counsel, that time be excluded until that date under the Speedy Trial Act. It is hereby

**ORDERED** that the trial in this matter shall commence February 8, 2021 at 9.a.m.; and it is further

**ORDERED** that the time until trial shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated: New York, New York
       11 September 2020

                                              Victor Marrero
                                                U.S.D.J.