USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
                                     :     **19 CR 819(VM)**
         -against-                   :     **ORDER**
                                     :
FRANCISCO TORRES-RENDON et al.,      :
                                     :
                  Defendants.        :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health emergency, the status conference before the Honorable Victor Marrero on Friday, September 25, 2020 at 12:00 p.m. shall proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated: New York, New York
       24 September 2020

                                          _____
                                          Victor Marrero
                                          U.S.D.J.