```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                           :
UNITED STATES OF AMERICA       :
                                           :      <u>ORDER</u>
                - v. -          :
                                           :      19 Cr. 819 (VM)
FRANCISCO TORRES-RENDON,      :
                                           :
                    Defendant.  :
                                           :
- - - - - - - - - - - - - - - - - - -x

        WHEREAS, with the consent of the defendant, FRANCISCO TORRES-RENDON, his guilty plea allocution was taken before a United States Magistrate Judge on August 10, 2021; and

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:        New York, New York

              September 9, 2021

                                                                  Victor Marrero
                                                                    U.S.D.J.