**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/21
```

UNITED STATES OF AMERICA,

- v. -

FRANCISCO TORRES-RENDON,

        Defendant.

**19 Cr. 819 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

It is hereby ordered that the sentencing of the above-named defendant will be scheduled for November 18, 2021, at 12:00 p.m.

**SO ORDERED.**

Dated:   New York, New York
        October 4, 2021

                                                Victor Marrero
                                                U.S.D.J.