**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/21
```

UNITED STATES OF AMERICA,

              Plaintiff,

      -against-

FRANCISCO TORRES-RENDON,

              Defendant.

**19 Cr. 819 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

In light of the ongoing public health emergency, the sentencing hearing for Mr. Torres-Rendon on Thursday, November 18, 2021, at 12:00 p.m., will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:    New York, New York
          November 17, 2021

                              Victor Marrero
                              U.S.D.J.